UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00286-FDW-DSC

| ZARIA PROPERTIES, LLC, LENRAE WEAVER and HASSAN RADMANESH, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) ) | ORDER |
| AMERICAN FIRST FEDERAL, INC. and JEFF D. ROGERS, | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on Plaintiffs' Motion to Remand (Doc. No. 3) and the Memorandum in Support (Doc. No. 4). Although Defendants have not yet responded to the Motion, the Court has reviewed the basis for Defendants' removal and their assertions regarding this Court's jurisdiction over the matter as contained in their Notice of Removal filed here (Doc. No. 1). After reviewing the entire record before this Court and for the reasons stated in Plaintiffs' Motion, the Court finds it lacks subject matter jurisdiction over the instant matter such that remand is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. No. 3) is GRANTED. This matter shall be remanded to the Superior Court of Mecklenburg County, North Carolina for such other and further proceedings as that court deems proper.

IT IS SO ORDERED.

Signed: June 6, 2018

Frank D. Whitney
Chief United States District Judge

1